# Exhibit C

**Exhibit C**



Home >  About Us > Newsroom > **Newsroom**

## Newegg Announces Executive Leadership Changes
2/17/2012 Press Release

**CITY OF INDUSTRY, Calif., February 17, 2012** -- Newegg Inc., the leading electronics-focused e-retailer in the United States, today announced changes to its executive team. Effective immediately, Bob Bellack, the current President and CFO of Newegg North America, has been promoted to CEO of Newegg North America. Dr. S.C. Lee has assumed the role of Vice Chairman of Newegg North America.

As CEO of Newegg North America, Mr. Bellack will be responsible for overall leadership and management of the company's North American operations. Prior to Newegg, Mr. Bellack held the dual role of CFO of the Los Angeles Times and President of Digital Media operations. Before his move to the LA Times, he co-founded Classified Ventures where he served as CFO, following several senior management positions at the Tribune Company.

Dr. Lee has held key leadership roles within Newegg since joining the company in 2005 and has been instrumental in helping the company grow every single year. As Vice Chairman of Newegg North America, Dr. Lee will focus on managing and enhancing Newegg North America's strategic vendor relationships. Dr. Lee will also continue to serve on the Board of Directors of Newegg Inc.

"Bob is an excellent fit for the CEO role given his proven track record in effectively managing growing businesses," said Fred Chang, Founder, Chairman and CEO of Newegg Inc. "I thank Dr. Lee for all of his contributions to date at Newegg and congratulate him on his new responsibilities with the company. I am confident that Bob, with Dr. Lee's continued support, will drive Newegg to even greater heights."

"I came to Newegg because I saw the great potential to extend the company's leadership in the IT ecommerce space," said Mr. Bellack. "I am excited by the opportunity to utilize my experience and industry contacts to enhance our world-class team. I look forward to closely partnering with Dr. Lee to strengthen and deepen our relationships with leading manufacturers and distributors in the IT industry."

**About Newegg Inc.**
Newegg Inc. is the leading electronics-focused e-retailer in the United States. It owns and operates Newegg.com (www.newegg.com) which was founded in 2001 and regularly earns industry-leading customer service ratings. The award-winning website has more than 18 million registered users and offers customers a comprehensive selection of the latest consumer electronics products, detailed product descriptions and images, as well as how-to information and customer reviews. Using the site's online tech community, customers have the opportunity to interact with other computer, gaming and consumer electronics enthusiasts. Newegg Inc. is headquartered in City of Industry, California.

« Back to Newsroom

Shop by Region:    United States | Canada | China | Taiwan

| CUSTOMER SERVICE | MY ACCOUNT | COMPANY INFORMATION | TOOLS & RESOURCES |
|---|---|---|---|
| Customer Help Center | Login/Register | About Newegg | Shop by Brand |

| Track an Order | My Dashboard | Awards/Rankings | Trade-In |
| Return an Item | Order History | Hours and Locations | Site Map |
| Return Policy | Returns History | Careers | Become an Affiliate |
| Privacy & Security | Address Book | Newsroom | Marketplace Sellers |
| Feedback | Wish Lists | Newegg Blog | Shipped by Newegg |
| | Newegg Notifications | Calif. Transparency in Supply Chains Act | Mobile Apps |
| | Newegg Subscriptions | | Sell to Newegg |
| | Auto Notifications | | Product Review |
| | | | Video Center |
| | | | Rebates |

Affiliated Sites:   NeweggBusiness — For Business Needs   |   Newegg Community — Newegg Community   |   Newegg GameCrate — Gaming and Hardware News


   

Policy & Agreement   |   Privacy Policy   © 2000-2016 Newegg Inc.  All rights reserved.