1 | Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
2 | Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
3 | Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
4 | Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
5 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
6 | 3300 Hillview Avenue
Palo Alto, California 94304
7 | Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
8 |
Arpita Bhattacharyya (*pro hac vice* pending)
9 | arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
10 |   GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
11 | Boston, MA 02210-2001
Telephone:   (617) 646-1600
12 | Facsimile:    (617) 646-1666

13 | Attorneys for Plaintiff
ASETEK DANMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASETEK DANMARK A/S, | CASE NO. |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| NEWEGG INC., NEWEGG NORTH AMERICA INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Asetek Holdings, Inc.
- Asetek A/S
- Sunstone Technology Ventures

Dated: December 9, 2016

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Plaintiff
Asetek Danmark A/S