| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:

( X ) Patents   or   ( ) Trademarks

| DOCKET NO:<br>16-cv-07068-EDL | DATE FILED:<br>December 9, 2016 | UNITED STATES DISCTRICT COURT<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF:<br>Asetek Danmark A/S | | DEFENDANT:<br>Newegg Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. **US 8,240,362 B2** | **Aug. 14, 2012** | **AsetekA/S,** Bronderslev (DK) |
| 2. **US 8,245,764 B2** | **Aug. 21, 2012** | **AsetekA/S,** Bronderslev (DK) |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED    INCLUDED BY:
  ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

*Susan Y. Soong* 
Susan Y. Soong, Clerk

*Yumiko Saito*
(by) Deputy Clerk, Yumiko Saito

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy