Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASETEK DANMARK A/S,                    )
                                       )  Case No: 16-cv-07068
          Plaintiff(s),                )
                                       )  **APPLICATION FOR**
     v.                                )  **ADMISSION OF ATTORNEY**
                                       )  **PRO HAC VICE**
NEWEGG INC., et. al.,                  )  (CIVIL LOCAL RULE 11-3)
                                       )
          Defendant(s).                )

I, Arpita Bhattacharyya, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Asetek Danmark A/S in the above-entitled action. My local co-counsel in this case is Robert F. McCauley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2 Seaport Lane, 6th Floor<br>Boston, MA 02210-2001 | 3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 646-1600 | (650) 849-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| arpita.bhattacharyya@finnegan.com | robert.mccauley@finnegan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 687871.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/13/16

Arpita Bhattacharyya
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Arpita Bhattacharyya is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE