Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>            Plaintiff(s),<br><br>      v.<br><br>NEWEGG INC., et. al.,<br><br>            Defendant(s). | Case No: 16-cv-07068<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Arpita Bhattacharyya, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Asetek Danmark A/S in the above-entitled action. My local co-counsel in this case is Robert F. McCauley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record:<br>2 Seaport Lane, 6th Floor<br>Boston, MA 02210-2001 | Local co-counsel's address of record:<br>3300 Hillview Avenue<br>Palo Alto, CA 94304 |
|---|---|
| My telephone # of record:<br>(617) 646-1600 | Local co-counsel's telephone # of record:<br>(650) 849-6600 |
| My email address of record:<br>arpita.bhattacharyya@finnegan.com | Local co-counsel's email address of record:<br>robert.mccauley@finnegan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 687871.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/13/16

Arpita Bhattacharyya
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Arpita Bhattacharyya is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 14, 2016

Elijah D. Laporte
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE