| Attorney or Party without Attorney: <br> Robert F. McCauley (SBN 162056) <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP <br> 3300 Hillview Ave., Palo Alto, CA 94304 <br> robert.mccauley@finnegan.com <br> Telephone No: 650-849-6600 <br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff: Asetek Danmark A/S | | | | |
| Defendant: Newegg Inc., Newegg North America Inc. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16CV07068EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Dkt. 1 Complaint For Willful Patent Infringement; Exhibits A-E; Civil Cover Sheet, Dkt. 8 Summons In A Civil Action Issued To Newegg North America Inc., Dkt. 5 Ecf Notice Of Case Assignment To Magistrate Judge Laporte, Dkt. 7 Order Re Initial Case Management Conference And Adr Deadlines, Dkt. 4 Asetek Certification Of Interested Entities And Persons, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Unites States District Court - N.D. Cal - Consenting To The Jurisdiction Of A Magistrate Judge, Consent Or Declination To Magistrate Judge Jurisdiction Form, Standing Order For All Judges Of The Northern District Of California, Standing Order Magistrate Judge Elizabeth D. Laporte, Standing Order Re Case Management Conference, U.S.D.C. N.D. Cal Ecf Registration Information Handout, U.S.D.C. Filing Guidelines For Division, Dkt. 363, 3:13-Cv-00457-Jst Administrative Motion To Consider Whether Cases Should Be Related; Supporting Declaration; Proposed Order

3. a. Party served: Newegg North America Inc.
   b. Person served: Becky De George, Person Authorized to Accept Service, Caucasian, Female, 48-53 Yrs Old, Blonde Hair, 170 Lbs.

4. Address where the party was served: Corporation Service Company
   2710 Gateway Oaks Drive
   Suite 150N
   Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Dec. 13, 2016 (2) at: 3:34PM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall
   b. **Western Attorney Services**
      75 Columbia Square
      San Francisco, CA  94103
   c. 415-487-4140
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1998-61
      (iii) County: Sacramento
      (iv) Expiration Date: Wed, Jun. 27, 2018

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Dec. 13, 2016

   (Jason Marshall)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

we02.162454