UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff,<br><br>    v.<br><br>NEWEGG INC., et al.,<br><br>        Defendants. | Case No.3:16-cv-07068-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 15, 2016 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due seven Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 22, 2016

                                                  Susan Y. Soong
                                                  Clerk, United States District Court

                                                  By: _____
                                                  William Noble, Deputy Clerk to the
                                                  Honorable JON S. TIGAR
                                                  415-522-2036