Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Plaintiffs
ASETEK DANMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | CASE NO. 3:16-CV-07068-JST |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| NEWEGG INC. and NEWEGG NORTH AMERICA INC., | |
| Defendants. | Judge: Hon. Jon S. Tigar |

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On December 22, 2016, I served the following documents by the indicated means to the person(s) at the address(es) listed:

**Dkt. Nos. 17, 17-1, and 17-2: Clerk's Notice Setting Case Management Conference; Standing Order for All Civil Cases Before District Judge Hon S. Tigar; and Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement**

| | |
|---|---|
| **Kent E. Baldauf Jr.**<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>Tel.: 412-471-8815<br>Fax.: 412-471-4094<br>Email: KBaldaufJr@webblaw.com<br><br>**Counsel for NEWEGG INC. and NEWEGG NORTH AMERICA INC.** | ☒ **Via Email,**<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☒ **Via Overnight Courier**<br>☐ Via Facsimile |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose direction the service was made; and that this declaration was executed on December 22, 2016, at Palo Alto, California.

Dated: December 22, 2016

*[signature]*
Gail Selburn, Legal Assistant

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666