Gordon M. Fauth, Jr. (SBN: 190280)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 473-0603

Attorneys for Defendant Newegg Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S, | ) Case No. 3:16-cv-07068-JST |
| Plaintiff, | ) |
| v. | ) **NOTICE OF STIPULATION EXTENDING** |
| | ) **TIME TO ANSWER COMPLAINT** |
| NEWEGG INC., NEWEGG NORTH AMERICA INC. | ) |
| Defendants | ) |

TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE THAT Plaintiff and Defendants have stipulated in writing that the time for Defendants to file an Answer to the Complaint shall be and is extended to and including February 2, 2017.

Respectfully submitted,

LITIGATION LAW GROUP

Date:  January 3, 2017            By:   /s/ Gordon M. Fauth, Jr.

Gordon M. Fauth, Jr.
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 473-0603

Attorneys for Defendant Newegg, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on January 3, 2017 via the Court's CM/ECF system.

<u>/s/ Gordon M. Fauth, Jr.</u>