Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S, <br><br> Plaintiff(s) <br><br> v. <br><br> NEWEGG INC., et al., <br><br> Defendant(s) | Case No. C 16-7068-JST <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 03/15/2017

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jacob Schroeder for Plaintiff Asetek Danmark A/S | (650) 849-6765 <br> jacob.schroeder@finnegan.com |
| Kent E. Baldauf Jr. for Defendants Newegg Inc. et al. | (412) 471-8815 <br> KBaldaufJr@webblaw.com |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: 02/22/2017          Signed: _____
                                    Attorney for Plaintiff

Date: 02/22/2017          Signed: _____
                                    Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

Form ADR-TC rev. 6-2016