| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Tel:  (650) 849-6600<br>Fax:  (650) 849-6666<br><br>Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Tel:  (617) 646-1600<br>Fax:  (617) 646-1666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Gordon M. Fauth, Jr. (SBN 190280)<br>LITIGATION LAW GROUP<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br>Tel:  (510) 238-9610<br>Fax:  (510) 473-0603<br><br>Attorneys for Defendants<br>NEWEGG INC. and NEWEGG NORTH<br>AMERICA INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>          Plaintiff,<br><br>     v.<br><br>NEWEGG INC. and NEWEGG NORTH AMERICA, INC.,<br><br>          Defendants. | CASE NO.3:16-cv-07068-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:16-cv-07068-JST

On December 22, 2017, the Court set the initial Case Management Conference for March 15, 2017 (Dkt. 17).

In view of ongoing settlement negotiations between the parties herein, as well as depositions in another matter requiring the presence of lead counsel for Asetek, Plaintiff Asetek Danmark A/S and Defendants Newegg Inc. and Newegg North America Inc. respectfully request and stipulate that the Court continue the Case Management Conference by one week until March 22, 2017.

Dated: March 3, 2017                      Respectfully submitted,

                                          FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP


                                          By:    /s/ *Robert F. McCauley*
                                              Robert F. McCauley
                                              *Attorneys for Plaintiff Asetek Danmark A/S*


Dated: March 3, 2017                      Respectfully submitted,

                                          LITIGATION LAW GROUP


                                          By:    /s/ *Gordon M. Fauth, Jr.*
                                              Gordon M. Fauth, Jr.
                                              *Attorneys for Defendants Newegg Inc.*
                                              *and Newegg North America Inc.*


### ATTESTATION

Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Newegg Inc. and Newegg North America Inc.

Dated: March 3, 2017                      FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP


                                          By:    /s/ *Robert F. McCauley*
                                              Robert F. McCauley
                                              *Attorneys for Plaintiff Asetek Danmark A/S*

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, the Cases Management Conference is here by continued to March 22, 2017 at 2:00 PM.

IT IS SO ORDERED.

Dated: _____     _____

The Honorable Jon S. Tigar
United Stated District Judge
Northern District of California