Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600
Fax:  (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Tel:  (617) 646-1600
Fax:  (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel:  (510) 238-9610
Fax:  (510) 473-0603

Attorneys for Defendants
NEWEGG INC. and NEWEGG NORTH
AMERICA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEWEGG INC. and NEWEGG NORTH AMERICA, INC.,<br><br>                    Defendants. | CASE NO. 3:16-cv-07068-JST<br><br>**DECLARATION OF ROBERT F. MCCAULEY IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

I, Robert F. McCauley, declare as follows:

1. I am an attorney licensed to practice in California and before this Court and am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff Asetek Danmark A/S ("Asetek") in the above-entitled action. I submit this declaration in support of the Stipulation Continuing the Case Management Conference. The matters stated herein are based upon my personal knowledge, and if called as a witness, I could and would testify as to the following statements:

2. The parties to this litigation have been and continue to be engaged in settlement negotiations in an attempt to informally resolve this dispute.

3. I am lead counsel in another litigation for which the parties have agreed upon two depositions during the week of March 15. For those depositions, one of the deponents must travel from Italy to California, opposing counsel must travel from St. Louis to California, and one of the deponents must travel from San Diego to the Bay Area. Given the travel and schedules of all concerned, I must be present in Palo Alto for the full day of March 15, 2017, the date currently set for the initial CMC in this action, for those depositions to proceed as planned.

4. Other than two requests by opposing counsel in this matter for additional time to answer Asetek's complaint, there have been no prior requests for extensions or schedule alterations in this case. Granting the parties' stipulation will not affect any Court dates in this action.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California.


Dated: March 3, 2017            Respectfully submitted,

                                FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, LLP


                                By:   /s/ *Robert F. McCauley*
                                    Robert F. McCauley
                                    *Attorneys for Plaintiff Asetek Danmark A/S*