Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600
Fax:  (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Tel:  (617) 646-1600
Fax:  (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel:  (510) 238-9610
Fax:  (510) 473-0603

Attorneys for Defendants
NEWEGG INC. and NEWEGG NORTH
AMERICA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG INC. and NEWEGG NORTH AMERICA, INC.,<br><br>Defendants. | CASE NO.3:16-cv-07068-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    On December 22, 2017, the Court set the initial Case Management Conference for March 15,

2    2017 (Dkt. 17).

3    In view of ongoing settlement negotiations between the parties herein, as well as depositions

4    in another matter requiring the presence of lead counsel for Asetek, Plaintiff Asetek Danmark A/S

5    and Defendants Newegg Inc. and Newegg North America Inc. respectfully request and stipulate that

6    the Court continue the Case Management Conference by one week until March 22, 2017.

7

8    Dated: March 3, 2017                     Respectfully submitted,

9                                             FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, LLP
10

11                                           By:    /s/ Robert F. McCauley
                                                    Robert F. McCauley
12                                                  *Attorneys for Plaintiff Asetek Danmark A/S*

13

14   Dated: March 3, 2017                     Respectfully submitted,

15                                             LITIGATION LAW GROUP

16

17                                           By:    /s/ Gordon M. Fauth, Jr.
                                                    Gordon M. Fauth, Jr.
18                                                  *Attorneys for Defendants Newegg Inc.*
                                                    *and Newegg North America Inc.*

19

20                                    **ATTESTATION**

21   Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in

22   the filing of this document was obtained from counsel for Newegg Inc. and Newegg North America

23   Inc.

24

25   Dated: March 3, 2017                     FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, LLP
26

27                                           By:    /s/ Robert F. McCauley
                                                    Robert F. McCauley
28                                                  *Attorneys for Plaintiff Asetek Danmark A/S*

1

**[PROPOSED] ORDER**

2        PURSUANT TO THE STIPULATION, the Cases Management Conference is here by

3   continued to March 22, 2017 at 2:00 PM.

4

5        IT IS SO ORDERED.

6

7   Dated: __March 6, 2017_____

8                                        The Honorable Jon S. Tigar
                                         United Stated District Judge
9                                        Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28