Gordon M. Fauth, Jr. (SBN: 190280)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 473-0603

Attorneys for Defendants Newegg Inc.
and Newegg North America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S, ) | Case No. 3:16-cv-07068-JST |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANTS NEWEGG INC.'S AND** |
| ) | **NEWEGG NORTH AMERICA INC.'S** |
| NEWEGG INC. *et al.* ) | **CERTIFICATION OF INTERESTED** |
| ) | **ENTITIES AND PERSONS** |
| Defendants ) | |
| ) | |
| ) | |

Pursuant to Civil L.R. 3-15, regarding Defendants, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Newegg Inc.

                              Respectfully submitted,

                              LITIGATION LAW GROUP

Date: March 15, 2017       By:  /s/ Gordon M. Fauth, Jr.

                              Gordon M. Fauth, Jr.
                              1801 Clement Avenue, Suite 101
                              Alameda, California 94501

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone (510) 238-9610
Facsimile (510) 473-0603

Attorneys for Defendant Newegg, Inc.
and Newegg North America Inc.

DEFENDANTS NEWEGG INC.'S AND NEWEGG NORTH AMERICA INC.'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on March 15, 2017 via the Court's CM/ECF system.

<u>/s/ Gordon M. Fauth, Jr.</u>