UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASETEK DANMARK A/S, | Case No.16-cv-07068-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| NEWEGG INC., et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Stipulated ESI order or competing proposed ESI orders due | March 29, 2017 |
| Deadline to amend the pleadings[1] | July 26, 2017 |
| Claim construction discovery cut-off | August 17, 2017 |
| Claim construction opening brief | Sept. 1, 2017 |
| Claim construction responsive brief | Sept. 15, 2017 |
| Claim construction reply brief | Sept. 22, 2017 |
| Claim construction hearing | October 16, 2017 at 2:00 p.m. |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

1    The Court also adopts the parties' remaining deadlines as set forth in ECF No. 32.

2    Counsel may not modify these dates without leave of court.  The parties shall comply with
3    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

4    The parties shall meet and confer regarding the format, scope, and content of both the
5    tutorial and the claim construction hearing, including but not limited to the permissible subjects of
6    discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be
7    needed by the parties.  They also shall exchange copies of any audio-visual material at least **ten**
8    **court days** before they intend to use it in court, and shall bring any disputes regarding the format,
9    scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before
10   the tutorial or hearing.  The Court will deem as waived any objection raised less than five court
11   days before the tutorial or hearing.  The parties shall lodge hard copies of their presentation
12   materials with the Court on the day of the tutorial or claim construction hearing.

13   At claim construction, the Court will construe only the terms the parties identify in their
14   Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the
15   case up to a maximum of 10." Patent Local Rule 4-3(c).  The Court will reserve no more than on
16   two-and-one-half hours its calendar for the claim construction hearing, including a brief recess.
17   The Court prefers that the parties proceed term-by-term, with each party providing its views on
18   each term before moving on to the next.  The Court's use of time limits means that the parties may
19   not have the opportunity to present oral argument on every term they have submitted for
20   construction, and the parties should prioritize their presentations accordingly.

21   The Court agrees with the parties that a tutorial is unnecessary.

22   The parties must take all necessary steps to conduct discovery, compel discovery, hire
23   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1 manner and appear on the noticed and scheduled dates.  All counsel must arrange their calendars
2 to accommodate these dates, or arrange to substitute or associate in counsel who can.
3 Dated:  March 20, 2017

_____
JON S. TIGAR
United States District Judge