# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEWEGG INC., et al.,<br><br>　　　　Defendants. | Case No.  16-cv-07068-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Sallie Kim for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Kim.

**IT IS SO ORDERED.**

Dated:  March 20, 2017

_____
JON S. TIGAR
United States District Judge