UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWEGG INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-07068-JST   (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **March 29, 2017 at 10:00 AM**. Counsel shall set up a conference call line and email the Court at skcrd@cand.uscourts.gov with the dial-in information by March 27, 2017. If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide to the email address above three mutually agreed upon dates and times at which they will be available.

On the telephonic conference call, counsel must be prepared to discuss and set a date for settlement conference and must provide firm dates which they and their clients can attend. Counsel should communicate with their clients about availability before the telephone conference call or have their clients participate in the telephone conference call to confirm a settlement date.

**IT IS SO ORDERED.**

Dated: March 20, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge