1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone:     (617) 646-1600
Facsimile:     (614) 646-1666

Attorneys for PLaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone:     (510) 238-9610
Facsimile:     (510) 337-1431
gmf@classlitigation.com

Kent E. Baldauf, Jr. (PA ID No. 70793)*
Bryan P. Clark (PA ID No. 205708)*
Christian D. Ehret (PA ID No. 311984)*
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone:     (412) 471-8815
Facsimile:     (412) 471-4094
kbaldaufjr@webblaw.com
bclark@webblaw.com
cehret@webblaw.com
*Pro Hac Vice Applications Forthcoming*

Counsel for Defendants
Newegg, Inc. and Newegg North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>    Plaintiff,<br><br>    v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>    Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg") jointly stipulate, with the Court's permission, to amend the Case Schedule (Dkt. No.34), as provided in the table below.

The patents-in-suit in this action (U.S. Patent Nos. 8,240,362 and 8,245,764) are the same as the patents-in-suit in *Asia Vital Components Co. Ltd. v. Asetek Danmark A/S*, Case No. 3:16-cv-07160-JST ("the *AVC* case"), in which this Court entered a case schedule last week that set dates through the claim construction hearing.  The schedules in this case and the *AVC* case are different, with the claim construction hearing in this case set for October 16, 2017, and the claim construction hearing in the *AVC* case set for November 7, 2017.  In order to provide the parties additional time to engage in their ongoing settlement negotiations and efforts to informally resolve this case (and ADR if needed), and recognizing the benefit to the Court in holding construction hearings in both cases on the same date, the parties respectfully request and stipulate that the Court modify the schedule in the current case as provided below (to generally track the schedule in the *AVC* case), and so that the claim construction hearing in this case is set for the date as in the *AVC* case, as provided below:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Stipulated ESI order or competing proposed ESI orders due | March 29, 2017 | April 28, 2017 |
| Infringement Contentions & Accompanying Production | April 05, 2017 | May 15, 2017 |
| Invalidity Contentions & Accompanying Production | May 19, 2017 | May 30, 2017 |
| Exchange of Terms for Construction | June 02, 2017 | June 13, 2017 |
| Exchange of Preliminary Constructions and Extrinsic Evidence | June 23, 2017 | August 4, 2017 |
| Damages Contentions | July 07, 2017 | August 08, 2017 |
| Joint Claim Construction & Prehearing Statement | July 18, 2017 | August 15, 2017 |
| Deadline to amend the pleadings | July 26, 2017 | August 15, 2017 |
| Responsive Damages Contentions | August 04, 2017 | September 07, 2017 |
| Claim construction discovery cut-off | August 17, 2017 | September 14, 2017 |
| Asetek's Opening Claim Construction Brief | September 01, 2017 | September 22, 2017 |

| Newegg's Responsive Claim Construction Brief | September 15, 2017 | October 6, 2017 |
| Asetek's Reply Claim Construction Brief | September 22, 2017 | October 13, 2017 |
| Claim construction hearing | October 16, 2017 at 2:00 p.m. | November 7, 2017 at 1:30 p.m. |

Although the Court's schedule for this action included deadlines for various events following claim construction and through trial, the parties respectfully stipulate and suggest that those dates be vacated and that new dates for same be set following receipt of the claim construction order in this action.

Respectfully submitted,

Dated: March 27, 2017                    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By:    /s/ Robert F. McCauley
       Robert F. McCauley

       *Attorneys for Plaintiff*
       *Asetek Danmark A/S*


Dated: March 27, 2017                    LITIGATION LAW GROUP


By:     /s/ Gordon M. Fauth, Jr.
        Gordon M. Fauth Jr.

        *Attorneys for Defendants*
        *Newegg Inc. and Newegg North America, Inc.*

**ATTESTATION**

I. Robert F. McCauley, hereby attest that concurrence in the filing of the document has been obtained from counsel for Newegg Inc. and Newegg North America, Inc.


Dated: March 27, 2017                    FINNEGAN, HENDERSON, FARABOW,
                                                              GARRETT & DUNNER, LLP


                                                 By:    /s/ Robert F. McCauley
                                                        Robert F. McCauley

                                                        *Attorneys for Plaintiff*
                                                        *Asetek Danmark A/S*

1

**[PROPOSED] ORDER**

2          Pursuant to the parties' stipulation, the parties' stipulation is GRANTED.  The Court adopts

3    the parties' schedule as set forth in the Stipulation above, and VACATES all dates following the

4    claim construction hearing in the Court's prior scheduling Order in this action (Dkt 34).

5          **IT IS SO ORDERED**

6

7    Dated: _____          _____

8                                                        Honorable Jon S. Tigar
                                                         United States District Judge
9                                                        Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28