| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Jacob Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Telephone:     (617) 646-1600<br>Facsimile:     (614) 646-1666<br><br>Attorneys for PLaintiff<br>ASETEK DANMARK A/S | Gordon M. Fauth, Jr. (SBN 190280)<br>**LITIGATION LAW GROUP**<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br>Telephone:     (510) 238-9610<br>Facsimile:     (510) 337-1431<br>gmf@classlitigation.com<br><br>Kent E. Baldauf, Jr. (PA ID No. 70793)*<br>Bryan P. Clark (PA ID No. 205708)*<br>Christian D. Ehret (PA ID No. 311984)*<br>**THE WEBB LAW FIRM**<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>Telephone:     (412) 471-8815<br>Facsimile:     (412) 471-4094<br>kbaldaufjr@webblaw.com<br>bclark@webblaw.com<br>cehret@webblaw.com<br>*Pro Hac Vice Applications Forthcoming*<br><br>Counsel for Defendants<br>Newegg, Inc. and Newegg North America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>                    Plaintiff,<br><br>         v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>                    Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg") jointly stipulate, with the Court's permission, to amend the Case Schedule (Dkt. No.34), as provided in the table below.

The patents-in-suit in this action (U.S. Patent Nos. 8,240,362 and 8,245,764) are the same as the patents-in-suit in *Asia Vital Components Co. Ltd. v. Asetek Danmark A/S*, Case No. 3:16-cv-07160-JST ("the *AVC* case"), in which this Court entered a case schedule last week that set dates through the claim construction hearing. The schedules in this case and the *AVC* case are different, with the claim construction hearing in this case set for October 16, 2017, and the claim construction hearing in the *AVC* case set for November 7, 2017. In order to provide the parties additional time to engage in their ongoing settlement negotiations and efforts to informally resolve this case (and ADR if needed), and recognizing the benefit to the Court in holding construction hearings in both cases on the same date, the parties respectfully request and stipulate that the Court modify the schedule in the current case as provided below (to generally track the schedule in the *AVC* case), and so that the claim construction hearing in this case is set for the date as in the *AVC* case, as provided below:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Stipulated ESI order or competing proposed ESI orders due | March 29, 2017 | April 28, 2017 |
| Infringement Contentions & Accompanying Production | April 05, 2017 | May 15, 2017 |
| Invalidity Contentions & Accompanying Production | May 19, 2017 | May 30, 2017 |
| Exchange of Terms for Construction | June 02, 2017 | June 13, 2017 |
| Exchange of Preliminary Constructions and Extrinsic Evidence | June 23, 2017 | August 4, 2017 |
| Damages Contentions | July 07, 2017 | August 08, 2017 |
| Joint Claim Construction & Prehearing Statement | July 18, 2017 | August 15, 2017 |
| Deadline to amend the pleadings | July 26, 2017 | August 15, 2017 |
| Responsive Damages Contentions | August 04, 2017 | September 07, 2017 |
| Claim construction discovery cut-off | August 17, 2017 | September 14, 2017 |
| Asetek's Opening Claim Construction Brief | September 01, 2017 | September 22, 2017 |

| Newegg's Responsive Claim Construction Brief | September 15, 2017 | October 6, 2017 |
| --- | --- | --- |
| Asetek's Reply Claim Construction Brief | September 22, 2017 | October 13, 2017 |
| Claim construction hearing | October 16, 2017 at 2:00 p.m. | November 7, 2017 at 1:30 p.m. |

Although the Court's schedule for this action included deadlines for various events following claim construction and through trial, the parties respectfully stipulate and suggest that those dates be vacated and that new dates for same be set following receipt of the claim construction order in this action.

Respectfully submitted,

Dated: March 27, 2017         FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                              By:    /s/ *Robert F. McCauley*
                                     Robert F. McCauley

                                     *Attorneys for Plaintiff*
                                     *Asetek Danmark A/S*

Dated: March 27, 2017         LITIGATION LAW GROUP


                              By:    /s/ *Gordon M. Fauth, Jr.*
                                     Gordon M. Fauth Jr.

                                     *Attorneys for Defendants*
                                     *Newegg Inc. and Newegg North America, Inc.*

**ATTESTATION**

I. Robert F. McCauley, hereby attest that concurrence in the filing of the document has been obtained from counsel for Newegg Inc. and Newegg North America, Inc.

Dated: March 27, 2017             FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, LLP


                                  By:   */s/ Robert F. McCauley*
                                        Robert F. McCauley

                                        *Attorneys for Plaintiff*
                                        *Asetek Danmark A/S*

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the parties' stipulation is GRANTED. The Court adopts the parties' schedule as set forth in the Stipulation above, and VACATES all dates following the claim construction hearing in the Court's prior scheduling Order in this action (Dkt 34).

**IT IS SO ORDERED**

Dated: __March 29, 2017__

Honorable Jon S. Tigar
United States District Judge
Northern District of California