| | |
|---|---|
| Robert F. McCaulyey (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik P. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Jacob Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Telephone:     (617) 646-1600<br>Facsimile:      (614) 646-1666<br><br>Attorneys for PLaintiff<br>ASETEK DANMARK A/S | Gordon M. Fauth, Jr. (SBN 190280)<br>**LITIGATION LAW GROUP**<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br>Telephone:     (510) 238-9610<br>Facsimile:      (510) 337-1431<br>gmf@classlitigation.com<br><br>Kent E. Baldauf, Jr. (PA ID No. 70793)*<br>Bryan P. Clark (PA ID No. 205708)*<br>Christian D. Ehret (PA ID No. 311984)*<br>**THE WEBB LAW FIRM**<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>Telephone:     (412) 471-8815<br>Facsimile:      (412) 471-4094<br>kbaldaufjr@webblaw.com<br>bclark@webblaw.com<br>cehret@webblaw.com<br>*Pro Hac Vice Applications Forthcoming*<br><br>Counsel for Defendants<br>Newegg, Inc. and Newegg North America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>            Plaintiff,<br><br>      v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>            Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg") jointly stipulate, with the Court's permission, to amend the Case Schedule (Dkt. 38), as provided in the table below.  This stipulation (if granted) will not affect the Court's previously scheduled claim construction hearing date, but only intervening dates that should not affect the Court.

The patents-in-suit (U.S. Patent Nos. 8,240,362 and 8,245,764) are the same as the patents-in-suit in *Asia Vital Components Co. Ltd. v. Asetek Danmark A/S*, Case No. 3:16-cv-07160-JST ("the *AVC Case*").  The claim construction hearing for both the *AVC Case* and this case are set for the same date and time, November 7, 2017 at 1:30 p.m.

Counsel for the parties to this action continue to engage in informal settlement discussions, and a settlement conference with Magistrate Judge Kim is calendared for July 11, 2017.  In view of these ongoing settlement discussions, and mindful of the Court's recent order in the *AVC Case* granting AVC a one-month extension until June 30, 2017 to serve invalidity contentions (and making additional scheduling modifications that do not affect the claim construction hearing date), the parties stipulate and respectfully request that the Court similarly amend the schedule in this case as provided in the table below:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Invalidity Contentions | May 30, 2017 | June 30, 2017 |
| Exchange of Proposed Terms for Construction | June 13, 2017 | August 4, 2017 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | August 4, 2017 | August 18, 2017 |
| Deadline to file Joint Claim Construction and Prehearing Statement | August 15, 2017 | August 25, 2017 |
| Damages Contentions | August 8, 2017 | September 1, 2017 |
| Claim Construction Discovery Cutoff | September 14, 2017 | Same (No Change) |
| Deadline to file Opening Claim Construction Brief | September 22, 2017 | Same (No Change) |
| Responsive Damages Contentions | September 7, 2017 | September 29, 2017 |
| Deadline to file Responsive Claim Construction | October 6, 2017 | Same (No Change) |

| Brief | | |
|---|---|---|
| Deadline to file Reply in Support of Opening Claim Construction Brief (Local Rule - 7 days after Responsive Brief) | October 13, 2017 | Same (No Change) |
| Claim Construction Hearing | November 7, 2017 at 1:30 PM | Same (No Change) |

Respectfully submitted,

Dated: June 14, 2017            FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                                By:    /s/ Robert F. McCauley
                                       Robert F. McCauley

                                *Attorneys for Plaintiff*
                                *Asetek Danmark A/S*


Dated: June 14, 2017            LITIGATION LAW GROUP


                                By:    /s/ Gordon M. Fauth, Jr.
                                       Gordon M. Fauth Jr.

                                *Attorneys for Defendants*
                                *Newegg Inc. and Newegg North America, Inc.*


## ATTESTATION

I, Robert F. McCauley, hereby attest that concurrence in the filing of the document has been obtained from counsel for Newegg Inc. and Newegg North America, Inc.


Dated: June 14, 2017            FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                                By:    /s/ Robert F. McCauley
                                       Robert F. McCauley

                                *Attorneys for Plaintiff*
                                *Asetek Danmark A/S*

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation AND FOR GOOD CAUSE SHOWN, the Court adopts the parties' proposed revised schedule as set forth in the Stipulation above.

**IT IS SO ORDERED**

Dated: _____   _____

Honorable Jon S. Tigar
United States District Judge
Northern District of California