Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600
Fax:  (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Tel:  (617) 646-1600
Fax:  (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG INC. and NEWEGG NORTH AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:16-cv-07068-JST<br><br>**DECLARATION OF ROBERT F. MCCAULEY IN SUPPORT OF STIPULATION TO AMEND CASE SCHEDULE** |

I, Robert F. McCauley, declare as follows:

1. I am an attorney licensed to practice in California and before this Court, and am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff Asetek Danmark A/S ("Asetek") in the above-entitled action. I submit this declaration in support of the parties' Joint Stipulation to Amend Case Schedule. The matters stated herein are based upon my personal knowledge, and if called as a witness, I could and would testify as to the following statements:

2. The patents-in-suit in this action (U.S. Patent Nos. 8,240,362 and 8,245,764) are the same as the patents-in-suit in *Asia Vital Components Co. Ltd. v. Asetek Danmark A/S*, Case No. 3:16-cv-07160-JST ("the *AVC* case"), and the claim construction hearing date and time are the same for both cases (November 7, 2017, at 1:30 p.m.). The Court recently entered a stipulated order granting AVC a 30-day extension, until June 30, 2017, to serve invalidity contentions. *AVC* Dkt. 70, June 12, 2017. The Court's Order also modified certain dates that do not affect or change the claim construction hearing. *Id*.

3. Counsel for the parties to this action against the Newegg Defendants have been and continue to be engaged in settlement negotiations in an attempt to informally resolve this dispute. In view of these settlement negotiations, counsel for the Newegg Defendants recently asked for an extension of time to serve Invalidity Contentions in this action. Asetek agreed to stipulate to the same 30-day extension (until June 30, 2017) as had been agreed upon with AVC. Counsel for the parties also agreed to stipulate to certain additional scheduling changes that generally track the schedule in the *AVC Case* without affecting the claim construction hearing date. Counsels' stipulated proposal is contained in the table in the accompanying stipulation.

4. To generally track the case schedule in the *AVC* case, the parties to this action previously filed a stipulated request to amend the case schedule on March 27, 2017 (Dkt. 37), which was granted on March 27, 2017 (Dkt. 38). Other than two requests by opposing counsel in this matter for additional time to answer Asetek's complaint (Dkt. Nos. 19, 20), there have been no other time modifications to this action.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2 declaration was executed in Palo Alto, California.

3 Dated: June 14, 2017                              Respectfully submitted,

4                                                                 FINNEGAN, HENDERSON, FARABOW,
5                                                                    GARRETT & DUNNER, LLP

6                                                                 By:     /s/ *Robert F. McCauley*
7                                                                       Robert F. McCauley
                                                                        *Attorneys for Plaintiff Asetek Danmark A/S*