Robert F. McCaulyey (SBN 162056)
robert.mccauley@finnegan.com
Erik P. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiff
ASETEK DANMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>            Plaintiff,<br><br>    v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>           Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**ASETEK'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT (PATENT L.R. 4-3)** |

## 1. Introduction

The parties have exchanged settlement agreements and are close to reaching agreement on settlement terms that will resolve their dispute. Asetek sent Newegg a proposed written settlement agreement on August 8, 2017, and on August 25, 2017 (the date this statement is being filed), Newegg responded with a few comments.

Asetek is filing this claim construction and prehearing statement on its own because Newegg has not been participating in the claim construction exchange process, presumably due to the ongoing settlement negotiations. Newegg did not serve Invalidity Contentions (Pat. L.R. 3-3) or the accompanying document production (Pat. L.R. 3-4). Newegg neither served a list of claim terms for construction (Pat. L.R. 4-1) nor their proposed constructions (Pat. L.R. 4-2). (Asetek served Newegg with its Patent L.R. 4-1 and 4-2 disclosures (copy attached as Exhibit A hereto)).

Pursuant to Patent L.R. 4-3 and this Court's scheduling order (ECF No. 47), Asetek submits its Claim Construction and Prehearing Statement with respect to U.S. Patent Nos. 8,240,362 and 8,245,764.

## 2. Agreed Claim Constructions (Patent L.R. 4-3(a))

None. Because Newegg has not been participating in the claim construction process, Asetek does not know Newegg's positions on claim construction.

## 3. Proposed Constructions of Disputed Terms (Patent L.R. 4-3(b))

Because Newegg did not serve disclosures under Patent Local Rules 4-1 and 4-2, Asetek requests the Court adopt Asetek's proposed constructions included in its Patent Local Rule 4-2 disclosure (Exhibit A).

## 4. Identification of Terms for Construction (Patent L.R. 4-3 (c))

Asetek requests the Court adopt Asetek's proposed constructions for each of the terms identified in its Patent Local Rule 4-2 disclosure, attached as Exhibit A.

## 5. Anticipated Length of Claim Construction Hearing (Patent L.R. 4-3 (d))

The Court has set the Claim Construction Hearing for November 7, 2017, starting at 1:30 pm. ECF No. 47 (the same date and time as in the *Asia Vital Components Co. v. Asetek Danmark A/S*,

Case No. 3:16-cv-7160-JST (N.D. Cal.)).  Because Newegg did not identify proposed terms or proposed constructions, Asetek does not believe a Markman hearing is necessary in this action.

**6.       Anticipated Witnesses at the Claim Construction Hearing (Patent L.R. 4-3(e))**

Asetek does not anticipate calling witnesses at the Claim Construction Hearing, if held.

**7.       Identification of Factual Findings Requested from the Court (Patent L.R. 4-3(f))**

Asetek does not anticipate requesting any factual findings from the Court.

Dated: August 25, 2017

By:   */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Plaintiff
ASETEK DANMARK A/S