1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Erik P. Puknys (SBN 190926)
   erik.puknys@finnegan.com
3  Jacob Schroeder (SBN 264717)
   jacob.schroeder@finnegan.com
4  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
5  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
6  3300 Hillview Avenue
7  Palo Alto, California  94304
   Telephone:   (650) 849-6600
8  Facsimile:   (650) 849-6666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone:   (510) 238-9610
Facsimile:   (510) 337-1431
gmf@classlitigation.com

Kent E. Baldauf, Jr. (PA ID No. 70793)*
Bryan P. Clark (PA ID No. 205708)*
Christian D. Ehret (PA ID No. 311984)*
**THE WEBB LAW FIRM**
Once Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone:   (412) 471-8815
Facsimile:   (412) 471-4094
kbaldaufjr@webblaw.com
bclark@webblaw.com
cehret@webblaw.com
*Pro Hac Vice Applications Forthcoming*

Attorneys for Defendants
Newegg, Inc. and Newegg North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>            Plaintiff,<br><br>     v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>            Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg"), through their undersigned attorneys, hereby jointly notify the Court that the parties have reached an agreement to settle this matter (including written terms agreed upon between outside counsel), and respectfully request an order from the Court to stay proceedings for 14 days so that the parties can finalize client authorization and signatures. The parties intend to file consent judgment papers within the 14 day period.

**THEREFORE**, the parties jointly request that the Court stay all deadlines in this case for 14 days.

Dated: September 21, 2017        By:/*s/ Robert F. McCauley*
                                                Robert F. McCauley
                                                Attorneys for Plaintiff
                                                ASETEK DANMARK A/S


Dated: September 21, 2017        By: */s/ Gordon M. Fauth*
                                                Gordon M. Fauth, Jr.
                                                Attorneys for Defendants
                                                NEWEGG INC. and
                                                NEWEGG NORTH AMERICA INC.

### ATTESTATION

I hereby attest that concurrence in the content and filing of this document has been obtained from counsel for Defendants.

Dated: September 21, 2017        By:/*s/ Robert F. McCauley*
                                                Robert F. McCauley
                                                Attorneys for Plaintiff
                                                ASETEK DANMARK A/S

## [PROPOSED] ORDER

Having considered the foregoing joint stipulated request and finding that good cause exists to stay this proceeding, it is **HEREBY ORDERED** that all deadlines in this matter are stayed for 14 days.

It is further **ORDERED** that the parties shall file consent judgment papers or an updated stipulated schedule within 14 days of this order.

Dated: _____        _____

                                                 The Honorable Jon S. Tigar
                                                 United States District Court Judge
                                                 Northern District of California