1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Erik P. Puknys (SBN 190926)
   erik.puknys@finnegan.com
3  Jacob Schroeder (SBN 264717)
   jacob.schroeder@finnegan.com
4  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
5  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
6  3300 Hillview Avenue
7  Palo Alto, California  94304
   Telephone:     (650) 849-6600
8  Facsimile:     (650) 849-6666

   Attorneys for Plaintiff
   ASETEK DANMARK A/S

   Gordon M. Fauth, Jr. (SBN 190280)
   **LITIGATION LAW GROUP**
   1801 Clement Avenue, Suite 101
   Alameda, CA 94501
   Telephone:     (510) 238-9610
   Facsimile:     (510) 337-1431
   gms@classlitigation.com

   Kent E. Baldauf, Jr. (PA ID No. 70793)*
   Bryan P. Clark (PA ID No. 205708)*
   Christian D. Ehret (PA ID No. 311984)*
   **THE WEBB LAW FIRM**
   Once Gateway Center
   420 Ft. Duquesne Blvd., Suite 1200
   Pittsburgh, PA 15222
   Telephone:     (412) 471-8815
   Facsimile:     (412) 471-4094
   kbaldaufjr@webblaw.com
   bclark@webblaw.com
   cehret@webblaw.com
   *Pro Hac Vice Applications Forthcoming*

   Attorneys for Defendants
   Newegg, Inc. and Newegg North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>     Plaintiff,<br><br>     v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>     Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE STAY OF PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg"), through their undersigned attorneys, hereby jointly notify the Court that the parties have reached an agreement to settle this matter, which was recently signed by a representative of Newegg but not yet by Asetek's CEO (who has been traveling and largely unavailable since receipt of Newegg's signature this past weekend).  Counsel for the parties further note that once the settlement agreement has been fully executed, there is a further act that must be completed per the settlement agreement before the parties will file a stipulated consent judgment. Accordingly, counsel respectfully request an order from the Court to stay proceedings for an additional 14 days (the parties expect to file a consent judgment papers within the 14 day period).

**THEREFORE**, the parties jointly request that the Court stay all deadlines in this case for 14 days until October 19, 2017.

Dated: October 4, 2017   By:/*s/ Robert F. McCauley*
                              Robert F. McCauley
                              Attorneys for Plaintiff
                              ASETEK DANMARK A/S

Dated: October 4, 2017   By: */s/ Gordon M. Fauth, Jr.*
                              Gordon M. Fauth, Jr.
                              Attorneys for Defendants
                              NEWEGG INC. and
                              NEWEGG NORTH AMERICA INC.

**ATTESTATION**

I hereby attest that concurrence in the content and filing of this document has been obtained from counsel for Defendants.

Dated: October 4, 2017   By:/*s/ Robert F. McCauley*
                              Robert F. McCauley
                              Attorneys for Plaintiff
                              ASETEK DANMARK A/S

## [PROPOSED] ORDER

Having considered the foregoing joint stipulated request and finding that good cause exists to stay this proceeding, it is **HEREBY ORDERED** that all deadlines in this matter are stayed until October 19, 2017.

It is further **ORDERED** that the parties shall file consent judgment papers or an updated stipulated schedule by October 19, 2017.

Dated: _____

_____
The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California

3

JOINT STIPULATED REQUEST FOR STAY
AND [PROPOSED] ORDER
Case No. 3:16-CV-7068-JST