Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik P. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone:    (510) 238-9610
Facsimile:    (510) 337-1431
gms@classlitigation.com

Kent E. Baldauf, Jr. (PA ID No. 70793)*
Bryan P. Clark (PA ID No. 205708)*
Christian D. Ehret (PA ID No. 311984)*
**THE WEBB LAW FIRM**
Once Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone:    (412) 471-8815
Facsimile:    (412) 471-4094
kbaldaufjr@webblaw.com
bclark@webblaw.com
cehret@webblaw.com
*Pro Hac Vice Applications Forthcoming*

Attorneys for Defendants
Newegg, Inc. and Newegg North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>        Plaintiff,<br><br>     v.<br><br>NEWEGG INC., NEWEGG NORTH AMERICA INC.,<br><br>        Defendants. | CASE NO. 3:16-CV-07068-JST<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE STAY OF PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America Inc. ("Newegg"), through their undersigned attorneys, hereby jointly notify the Court that the parties have reached an agreement to settle this matter, which was recently signed by a representative of Newegg but not yet by Asetek's CEO (who has been traveling and largely unavailable since receipt of Newegg's signature this past weekend). Counsel for the parties further note that once the settlement agreement has been fully executed, there is a further act that must be completed per the settlement agreement before the parties will file a stipulated consent judgment. Accordingly, counsel respectfully request an order from the Court to stay proceedings for an additional 14 days (the parties expect to file a consent judgment papers within the 14 day period).

**THEREFORE**, the parties jointly request that the Court stay all deadlines in this case for 14 days until October 19, 2017.

Dated: October 4, 2017     By:/*s/ Robert F. McCauley*
                                Robert F. McCauley
                                Attorneys for Plaintiff
                                ASETEK DANMARK A/S

Dated: October 4, 2017     By: */s/ Gordon M. Fauth, Jr.*
                                Gordon M. Fauth, Jr.
                                Attorneys for Defendants
                                NEWEGG INC. and
                                NEWEGG NORTH AMERICA INC.

**ATTESTATION**

I hereby attest that concurrence in the content and filing of this document has been obtained from counsel for Defendants.

Dated: October 4, 2017     By:/*s/ Robert F. McCauley*
                                Robert F. McCauley
                                Attorneys for Plaintiff
                                ASETEK DANMARK A/S

# [PROPOSED] ORDER

Having considered the foregoing joint stipulated request and finding that good cause exists to stay this proceeding, it is **HEREBY ORDERED** that all deadlines in this matter are stayed until October 19, 2017.

It is further **ORDERED** that the parties shall file consent judgment papers or an updated stipulated schedule by October 19, 2017.

Dated: October 5, 2017

The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California