Robert F. McCaulyey (SBN 162056)
robert.mccauley@finnegan.com
Erik P. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for PLaintiff
ASETEK DANMARK A/S

Gordon M. Fauth, Jr. (SBN 190280)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone:     (510) 238-9610
Facsimile:     (510) 337-1431
gmf@classlitigation.com

Kent E. Baldauf, Jr. (PA ID No. 70793)*
Bryan P. Clark (PA ID No. 205708)*
Christian D. Ehret (PA ID No. 311984)*
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone:     (412) 471-8815
Facsimile:     (412) 471-4094
kbaldaufjr@webblaw.com
bclark@webblaw.com
cehret@webblaw.com
*Pro Hac Vice Applications Forthcoming*

Counsel for Defendants
Newegg, Inc. and Newegg North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | CASE NO. 3:16-CV-7068-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |
| NEWEGG INC. and NEWEGG NORTH AMERICA INC., | |
| Defendants. | |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Newegg Inc. and Newegg North America, Inc. (collectively, "Newegg"), through their respective counsel of record, hereby advise the Court that they have agreed to certain terms ("Settlement Agreement") that will resolve this matter entirely.  Newegg has agreed, among other terms, to a consent judgment and injunction as provided herein. Accordingly, the Parties stipulate, with the Court's permission, that:

1. Newegg consents to an entry of Judgment in favor of Asetek and against Newegg in this action and the Injunction provided herein;

2. As used herein, "***Infringing Products***" shall mean the following Cooler Master products: Seidon 120M, Seidon 120XL, Seidon 240M, Seidon 120V, Seidon 120V Plus, Nepton 140XL, Nepton 240L, Glacer 240L, and other Cooler Master products identified by Asetek that the Court has found or CMI USA has acknowledged are not more than colorably different from the products under the Permanent Injunction Order.

3. As used herein, "***Person Bound by this Injunction***" shall mean the following entities or persons who receive actual notice of this injunction: Newegg, its subsidiaries and affiliated companies, as well as their successors, assigns, officers, directors, agents, servants, employees, representatives and attorneys, and those persons in active concert or participation with them who receive notice of this Order.

4. Each Person Bound by this Injunction is hereby immediately restrained and enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65, from offering for sale or selling in the United States (including listing or otherwise offering the Infringing Products on newegg.com or other websites or on-line stores controlled by any Person Bound by this Injunction), or importing into the United States, causing to be offered for sale, or sold in the United States, or imported into the United States, the Infringing Products, or knowingly allowing others to list or otherwise offer the Infringing Products on newegg.com or other website or on-line stores controlled by any Person Bound by this Injunction to customers located in the United States.

5.   To the extent any Person Bound by this Injunction continues to list the Infringing Products for sale on any website or on-line store intended for customers located outside the United States, that Person shall include (1) the written notice in paragraph 6 below on every webpage or on-line store page listing for any of the Infringing Products, regardless of where they are sold; and (2) a link to a copy of the Court's Permanent Injunction Order (as noted in paragraph 5 below).

6.   The written notice to be prominently displayed on every webpage or on-line store page listing for any of the Infringing Products and along with every bill of sale in which the Infringing Products are shipped or sold shall state the following, and include a link to the text of the Court's Permanent Injunction Order:

> **This product may not be sold, offered for sale, or used in the United States. Nor can this product be imported into the United States.**
>
> **This product is affected by a Permanent Injunction entered by the United States District Court for the Northern District of California in Civil Action No. 3:13-CV-00457-JST (click link for text of injunction). This product or its use infringes U.S. Patent Nos. 8,240,362 and 8,245,764, which are assigned to Asetek Danmark A/S.**

7.   This injunction order shall remain in effect until both of U.S. Patent Nos. 8,240,362 and 8,245,764 have expired. Should either patent be finally adjudged invalid in another proceeding, either party may petition the Court to request a modification of the injunction.

8.   Newegg must install software-based safeguards and monitor its Marketplace as provided in the parties' separate Settlement Agreement.

## ATTESTATION

By his signature below, counsel for Plaintiff Asetek Danmark A/S hereby attests that counsel for Defendants concur in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
Case No. 3:16-CV-7068-JST

Dated: October 19, 2017                    Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP


By: */s/ Robert F. McCauley*
     Robert F. McCauley (SBN 162056)
     Attorneys for Plaintiff
     ASETEK DANMARK A/S



LITIGATION LAW GROUP


By: */s/ Gordon M. Fauth, Jr.*
     Gordon M. Fauth, Jr.
     Attorneys for Defendants
     NEWEGG INC. and
     NEWEGG NORTH AMERICA INC.

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.  JUDGMENT and the Injunction are hereby entered in favor of Plaintiff Asetek Danmark A/S and against Defendants Newegg Inc. and Newegg North America, Inc. as provided in the parties' stipulation above.  The Clerk may close the file.

Date:  October __, 2017                    _____

The Honorable Jon S. Tigar
United States District Court Judge

4

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:16-CV-7068-JST